MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
cgonell@morganlewis.com
JOHN D. HAYASHI, SBN 211077
jhayashi@morganlewis.com
NEAL A. FISHER, JR. SBN 265596
neal.fisher@morganlewis.com
5 Park Plaza
Suite 1750
Irvine, CA  92614
Tel:    949.399.7000
Fax:    949.399.7001

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX PHILO, an individual, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP CORP.; GAMESTOP, INC.,<br><br>Defendants. | Case No. 2:11-CV-03135-GEB-KJN<br><br>Honorable Garland E. Burrell, Jr.<br>Courtroom 10<br><br>**DEFENDANTS GAMESTOP CORP.'S AND GAMESTOP, INC.'S NOTICE OF RELATED MATTER**<br><br>**[LOCAL RULE 123]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/23074442.1

1

2:11-CV-03135-GEB-KJN

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that although Local Rule 123 contemplates the disclosure of a related case within the Eastern District, out of an abundance of caution Defendants GAMESTOP CORP. and GAMESTOP, INC. ("Defendants") hereby identify the following matter:

*Lusby v. GameStop, et al*. This threatened putative class action lawsuit alleges nearly identical legal claims against Defendants, and is threatened to be brought on behalf of an overlapping putative class of plaintiffs as is alleged in this action. This case was originally filed as U.S. District Court, Northern District of California, Case No. CG-11-513220, and that Complaint has since been dismissed. The parties are currently scheduled to attend a mediation on April 12, 2012.

Dated: April 3, 2012                   MORGAN, LEWIS & BOCKIUS LLP

By  /S/ CARRIE A. GONELL
CARRIE A. GONELL
Attorneys for Defendants
GAMESTOP CORP. and
GAMESTOP, INC.