1  Gene J. Stonebarger, State Bar No. 209461
   Richard D. Lambert, State Bar No. 251148
2  STONEBARGER LAW
   A Professional Corporation
3  75 Iron Point Circle, Ste. 145
   Folsom, CA 95630
4  Telephone: (916) 235-7140

5  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (SBN 111531)
6  F.Paul Bland (*to seek pro hac vice*)
   Christian Schreiber (SBN 245597)
7  42 Miller Avenue
   Mill Valley, California 94941
8  Telephone: (415) 381-5599

9  Attorneys for Plaintiff and the Proposed Class

10 MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, (SBN 257163)
11 cgonell@morganlewis.com
   JOHN D. HAYASHI, (SBN 211077)
12 jhayashi@morganlewis.com
   5 Park Plaza, Suite 1750
13 Irvine, CA  92614
   Tel:     949.399.7000
14
   Attorneys for Defendants
15 GAMESTOP CORP. and GAMESTOP, INC.

16               **UNITED STATES DISTRICT COURT**

17               **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX PHILO, an individual on behalf of himself, and on behalf all others similarly situated, | Case No:  2:11−CV−03135−GEB-KJN |
| | **CLASS ACTION** |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| | **Fed. R. Civ. P. 41(a)(1)(A)** |
| GAMESTOP CORP.; GAMESTOP, INC. Delaware corporations, | |
| Defendants. | |

---

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
*Philo v. GameStop,* Case No. 2:11−CV−03135−GEB-KJN                                      1

1   Plaintiff Alex Philo ("Plaintiff") and Defendants GameStop Corp. and GameStop, Inc.
2 ("GameStop"), by and through their respective counsel of record, hereby stipulate and agree as
3 follows:
4   WHEREAS, on January 24, 2012, GameStop filed a Motion to Compel Arbitration and
5 Dismiss or Stay Proceedings (Dkt. No. 11) ("Motion");
6   WHEREAS, on February 17, 2012, Plaintiff opposed GameStop's Motion (Dkt. No. 13);
7   WHEREAS, on March 20, 2012, Plaintiff filed an unfair labor practices ("ULP") charge
8 with the National Labor Relations Board ("NLRB");
9   WHEREAS, on April 3, 2012, Plaintiff filed a motion for a stay of this action pending the
10 outcome of the NLRB's determination of Plaintiff's ULP charge (Dkt. No. 28); and
11   WHEREAS, on May 17, 2012, Plaintiff withdrew without prejudice his ULP charge at
12 the NLRB and informed GameStop that he intended to participate in individual arbitration of his
13 claims pursuant to the GameStop C.A.R.E.S. Rules of Dispute Resolution Including Arbitration..
14   THEREFORE, the parties, through their undersigned counsel, stipulate that Plaintiff shall
15 submit his claims to private, individual arbitration pursuant to the GameStop C.A.R.E.S. Rules
16 of Dispute Resolution Including Arbitration, and Plaintiff hereby requests that the Court enter the
17 Dismissal of the instant litigation without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).
18 Each party shall bear its own fees and costs incurred in connection with the instant action.
19   IT IS SO STIPULATED.

20 Dated: May 29, 2012   CHAVEZ & GERTLER LLP
                        STONEBARGER LAW, APC
21
22                      By /s/ Christian Schreiber
                        Christian Schreiber
23                      Attorneys for Plaintiff Alex Philo

24 Dated: May 29, 2012   MORGAN, LEWIS & BOCKIUS LLP
25                      By /s/ Carrie A. Gonell
                        CARRIE A. GONELL
26                      Attorneys for Defendants
27                      GAMESTOP CORP. AND GAMESTOP, INC.
28

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Christian Schreiber, co-counsel for the Plaintiffs in this action declare that, prior to the electronic filing of this Stipulation, I attained written verification of Defendant's approval of this Stipulation, and concurrence in the filing of the document.

Dated:   May 29, 2012          /s/ Christian Schreiber
                               Christian Schreiber